UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND         Index No.: 07-CIV-6446 (WP4)
ANNUITY FUNDS,

                    Plaintiffs,         **VOLUNTARY NOTICE**
                                         **OF DISMISSAL**

   -against-

CREATIVE CONSTRUCTION AND RESTORATIONS,
INC.,

                    Defendant.
----------------------------------------------------------------x

Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action. Without Prejudice.

*Case Closed*

Dated: July 31, 2007
       Elmsford, New York

                                                    Dana L. Henke, Esq. (DLH3025)
                                                    Attorney for Plaintiff
                                                    258 Saw Mill River Road
                                                    Elmsford, New York 10523
                                                    (914) 592-1515

SO ORDERED

Honorable STEPHEN C. ROBINSON U.S.D.J.

Dated August 10, 2007